B6A (Official Form 6A) (12/07)

**In re TEG Pizza Partners of Florida, Limited Partnership**,  Case No. **09-33400-11**
                       **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

                                                                     Total➤    **0**

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

**In re Pizza Partners of Florida, Limited Partnership** ,  Case No. **09-34000-11**
                          **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | 2,000 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached | | 13,942 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached | | 8,597 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | x | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

**In re Pizza Partners of Florida, Limited Partnership**,    Case No. **09-34000-11**
     **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | | | 14,942 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **The debtor may be owed amounts by some entities listed on Schedule H, but the reconciliations between the debtor and such enties has not occurred.** | | **undetermined** |

B 6B (Official Form 6B) (12/07) -- Cont.

**In re Pizza Partners of Florida, Limited Partnership** ,     Case No. **09-34000-11**
            **Debtor**                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | ˅ | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **See Attached** | | **263,467** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | **See Attached with Answer to question 29** | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See Attached with answer to question 28** | | **38,168** |
| 30. Inventory. | | **See Attached** | | **3,190** |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed. Itemize. | x | | | |

                                      _____**4**_continuation sheets attached     Total➤     $     **344,306**
                                      (Include amounts from any continuation
                                      sheets attached. Report total also on
                                      Summary of Schedules.)

Pizza partners of Florida, LP
09-34000-BJH-11

## Schedule B(Item #2) - Bank Accounts

| Name | Acct # | Amount |
|---|---|---|
| Frost | 98 0016454 | (2,352.79) |
| Bank of America | 0048 1063 9052 | 7,496.14 |
| Capital City | 6422425601 | 8798.88 |
| Total | | 13,942.23 |

Frost
PO Box 16509
Fort Worth, TX 76162

Bank of America, N.A.
P.O. Box 831547
Dallas, TX 75283-1547

Capital City Bank
P.O. Box 900
Tallahassee, FL 32302-0900

**Pizza partners of Florida, LP**
**09-34000-BJH-11**

## Schedule B (Item 3) - Security Deposits

City of Tallahassee        Utilities        $8,597.62

**Pizza partners of Florida, LP**
**09-34000-BJH-11**

**Schedule B(Item #23) - Licenses, franchises and other intangibles**

| | |
|---|---|
| Preopening Expenses | $4,577.33 |
| Goodwill | $365,000.00 |
| Franchise Fees | $30,000.00 |
| Other General Intangibles | $775.00 |
| Accumulated Amortization | -$136,884.53 |
| Current Value | $263,467.80 |

**Pizza partners of Florida, LP**
**09-34000-BJH-11**

### Schedule B(Item #28 and #29) - Equipment

| | |
|---|---:|
| Equipment | $175,227.73 |
| Leasehold Improvements | $50,000.00 |
| Accumulated Depreciation | ($187,059.06) |
| Current Value | $38,168.67 |

B 6D (Official Form 6D) (12/07)

In re **Pizza Partners of Florida, Limited Partnership**,
                           Debtor

Case No. **09-34000-11**
            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Frost National Bank<br>c/o Clay Taylor<br>Kelly, Hart & Hallman,<br>201 Main St., Ste 2500<br>Fort Worth, TX 76102 | Y | | April, 2007, lien on all assets of debtor<br><br>VALUE $ 250,000 | | | | 19,144,652 | 18,894,652 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ►<br>(Total of this page) | | | | $ | $ |
| | | | Total ►<br>(Use only on last page) | | | | $ 19,144,652<br>(Report also on Summary of Schedules.) | $ 18,894,652<br>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (12/07)

**In re** Pizza Partners of Florida, Limited Partnership **Case No.** 09-34000-11
 **Debtor** **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950**\*** per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

**In re** Pizza Partners of Florida, Limited Partnership    ,      **Case No.** 09-34000-11
           **Debtor**                                                                **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

     1    continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

**In re Pizza Partners of Florida, Limited Partnership**,   Case No. **09-34000-11**
         **Debtor**                                                       **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Florida Dept of Revenue**<br>**5050 W. Tennessee**<br>**Tallahasee, FL 32299** | | | | | | | 3,987 | 3,987 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   $ **3,987**   $

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **3987**

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B 6F (Official Form 6F) (12/07)

**In re Pizza Partners of Florida, Limited Partnership          ,**          Case No. **09-34000-11**
              **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**see attached** | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal▶ | $ |
| _____ continuation sheets attached | | | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $<br>**17,086** |

# Pizza Partners of Florida, LP
## June 26, 2009

**09-34000-BJH-11**

## Schedule F

| Vendor | Phone | Address | City | State | Zipcode | Amount |
|---|---|---|---|---|---|---|
| Awesome Marketing | (972) 745-4205 | 1080 W. BETHEL RD. | COPPELL | TX | 75019-4427 | 16,287.51 |
| Adams Produce Tallahassee | | 3436 Weems Road | Tallahassee | FL | 32317 | 612.30 |
| Nuco2 | (800) 472-2855 Ext. 0000 | P. O. Box 9011 | Stuart | FL | 34995 | 124.20 |
| Marpan Supply Co. Inc. | (850) 224-9353 Ext. 0000 | P. O. BOX 2068 | Tallahassee | FL | 32316-2068 | 43.00 |
| Cintas | (850) 526-0095 Ext. 0000 | P. O. Box 4169 | Albany | GA | 31706 | 18.03 |
| Auto-Chlor | | 1924 Bertha St. | Jacksonville | FL | 32207 | 0.00 |
| Capelouto Terminite & Pest Control, Inc. | | 700 Capital Circle N.E. | Tallahassee | FL | 32301 | 0.00 |
| City of Tallahassee (Revenue Division) | | 3520 N. Monroe St.- 'Revenue Division Box A4 | Tallahassee | FL | 32301 | 0.00 |
| City of Tallahassee (UTILITIES) | | 600 N. Monroe St. | Tallahassee | FL | 32301-1262 | 0.00 |
| Coca-Cola | | P. O. Box 102519 | Atlanta | GA | 30368-2519 | 0.00 |
| Comcast of Tallahassee | | PO Box 105184 | Atlanta | GA | 30348-5184 | 0.00 |
| Corporate Research International | | 130 East Sandusky Street | Findlay | OH | 45840 | 0.00 |
| DECO SOLUTIONS GROUP, INC | | 25400 US Highway 19 N | CLEARWATER | FL | 33763 | 0.00 |
| Embarq | | P. O. Box 96064 | Charlotte | NC | 28296-0064 | 0.00 |
| Garrett & Sons Cooling and Heat | | 1153 J Michael Lane | Tallahassee | FL | 32304 | 0.00 |
| Mr. Rooter | | 5285 Tower Raod | Tallahassee | FL | 32303 | 0.00 |
| Strategic Equipment Supply | | 3011 Industrial Parkway E | Knoxville | TN | 37921 | 0.00 |
| Sun Printing | | PO Box 495247 | Garland | TX | 75049 | 0.00 |
| Transact Technologies Incorporated | | One Hamden Center | Hamden | CT | 06518 | 0.00 |
| Western Associates | | PO Box 297 | Marion | KS | 66861-0297 | 0.00 |
| Total | | | | | | 17,085.04 |

B 6G (Official Form 6G) (12/07)

**In re Pizza Partners of Florida, Limited Partnership**,
       **Debtor**

Case No. **09-34000-11**
              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CiCi Enterprises, LP<br>1080 W. Bethel Dr.<br>Coppell, TX 75019 | franchise agreements for operation of restaurants |
| Global Vending Corporation<br>9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | agreement for use of arcade games |
| Regency Realty Group, Inc.,<br>PO Box 532999<br>Atlanta GA 30353-2999 | lease of nonresidential real property for store 386 |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

**In re Pizza Partners of Florida, Limited Partnership,**
       **Debtor**

Case No. **09-34000-11**
       **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Winmar Pizza, L.P.**<br>9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Foods of Texas, L.P.**<br>9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Partners of Cincinnati, L.P.**<br>c/o 9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Partners of Ohio, Ltd.**<br>c/o 9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Partners of Maryland, L.P.**<br>c/o 9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Partners of South Carolina, L.P.**<br>c/o 9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Partners of Indiana, L.P.**<br>c/o 9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |
| **Pizza Partners of West Virginia, Limited Partnership**<br>c/o 9400 N. Central Expressway, Suite 1304<br>Dallas, TX 75231 | **The Frost National Bank**<br>Attn: Steve Martin<br>100 Houston St.<br>San Antonio, TX 78205 |

B 6H (Official Form 6H) (12/07)

**In re Pizza Partners of Florida, L.P.            ,**    Case No. **09-34000-11**
          **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pizza Partners of Florida, Limited Partnership**<br>**9400 N. Central Expressway, Suite 1304**<br>**Dallas, TX 75231** | **The Frost National Bank**<br>**Attn: Steve Martin**<br>**100 Houston St.**<br>**San Antonio, TX 78205** |
| **TEG-Pizza Partners Holdings, L.P.**<br>**9400 N. Central Expressway, Suite 1304**<br>**Dallas, TX 75231** | **The Frost National Bank**<br>**Attn: Steve Martin**<br>**100 Houston St.**<br>**San Antonio, TX 78205** |
| **Norman L. Winton**<br>**c/o 9400 N. Central Expressway, Suite 1304**<br>**Dallas, TX 75231** | **The Frost National Bank**<br>**Attn: Steve Martin**<br>**100 Houston St.**<br>**San Antonio, TX 78205** |
| **Janice Winton**<br>**c/o 9400 N. Central Expressway, Suite 1304**<br>**Dallas, TX 75231** | **The Frost National Bank**<br>**Attn: Steve Martin**<br>**100 Houston St.**<br>**San Antonio, TX 78205** |
| **Fred Margolin**<br>**c/o 9400 N. Central Expressway, Suite 1304**<br>**Dallas, TX 75231** | **The Frost National Bank**<br>**Attn: Steve Martin**<br>**100 Houston St.**<br>**San Antonio, TX 78205** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Pizza Partners of Florida, Limited Partn,**  Case No. **09-34000-11**
                **Debtor**                                                                            **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**19**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____
                                                                                           Debtor

Date _____      Signature: _____
                                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                     Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____     _____
   Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **manager of the general partner** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **partnership**_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**19**__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **6/26/2009**_____

                                                        Signature: **/s/ Norman Winton**_____

                                                                  **manager of the general partner of the debtor**_____
                                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.